**No. 10-9934. Eric McDavid, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2469, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3699.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 396 Fed. Appx. 365.